UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| UNITED STATES OF AMERICA | |
|---|---|
| -v.- | 19 Cr. 63 (KPF) |
| ADAN HENRIQUEZ ROJAS, | ORDER |
| Defendant. | |

KATHERINE POLK FAILLA, District Judge:

It is hereby ORDERED that whereas the Defendant, Adan Henriquez Rojas, USM # 86117-054, has been sentenced in the above case to a term of time served, the U.S. Marshals are to release the defendant unless any pending warrants, detainers or other issues are encountered.

SO ORDERED.

Dated:   March 23, 2022
         New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge